UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JASON T. BLASCO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WARDEN OF MIAMI CORRECITONAL FACILITY,<br><br>　　　　Defendant. | CAUSE NO. 3:22-CV-707-RLM-MGG |

ORDER

Jason T. Blasco, a prisoner without a lawyer, was granted leave to proceed against the Warden of Miami Correctional Facility in his official capacity on a claim for injunctive relief related to his ongoing need for medical care. He was transferred to New Castle Correctional Facility. Because he is no longer in the custody of the Warden, the parties agreed that the injunctive relief claim has become moot. *See* Higgason v. Farley, 83 F.3d 807, 811 (7th Cir. 1996). Mr. Blasco expressed a desire to file an amended complaint asserting a claim for damages, and the court granted him until December 5, 2022, to do so. The deadline has passed and he didn't file an amended complaint. Because the only claim he was granted leave to proceed on has become moot, there is no longer a live controversy for this court to adjudicate. Brown v. Bartholomew Consol. Sch. Corp., 442 F.3d 588, 596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated.").

For these reasons, this action is DISMISSED as moot.

SO ORDERED on December 19, 2022

                                                   s/ Robert L. Miller, Jr.
                                                   JUDGE
                                                   UNITED STATES DISTRICT COURT